FILED

07/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0135

_____

IN THE MATTER OF:

A.M.M.R. and M.L.R.M.R.,                                    O R D E R

        Youths in Need of Care.

_____

On June 25, 2021, counsel for Appellant Mother filed a motion for a 45-day extension of time within which to file her opening brief.

IT IS HEREBY ORDERED that motion is for extension of time is GRANTED. Appellants Mother's opening brief shall be filed on or before September 2, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 7 2021